Certificate Number: 11557-ID-CC-030182194



11557-ID-CC-030182194

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 16, 2017</u>, at <u>8:45</u> o'clock <u>AM MST</u>, <u>John Bujak</u> received from <u>Academy of Financial Literacy, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Idaho</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 16, 2017</u>          By:     <u>/s/Mercedes Marlatt</u>

                                        Name:   <u>Mercedes Marlatt</u>

                                        Title:  <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 11557-ID-CC-030182201

11557-ID-CC-030182201

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 16, 2017, at 8:45 o'clock AM MST, Crystalee Bujak received from Academy of Financial Literacy, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Idaho, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   November 16, 2017                By:    /s/Mercedes Marlatt

                                         Name:  Mercedes Marlatt

                                         Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).